# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMANDA G. BERNARD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-515-Orl-28GJK**

**GLOBE WIRELESS, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Joint Motion for Approval of Settlement Agreement (Doc. No. 20) filed November 22, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 27, 2011 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement (Doc. No. 20) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

    3.    This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___14th___ day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge